# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMINA SILVA and MARSHAL SILVA,<br><br>   Plaintiffs,<br><br>   vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>   Defendants. | Case No.: 2:22-cv-03969-MCS-PLA<br><br>District Judge: Hon. Mark C. Scarsi<br><br>**ORDER ON STIPULATION FOR ATTORNEY FEES (ECF No. 38)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs FERMINA SILVA and MARSHAL SILVA ("Plaintiffs") accepted Defendant FCA US, LLC's Offer on February 27, 2023. The Parties have agreed Defendant FCA US LLC will pay $26,500.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses. Upon satisfaction of funding, Plaintiffs shall dismiss the case with prejudice as to all parties within 5 business days of receiving funding.

Accordingly, the Court hereby enters an ORDER pursuant to the terms of the Offer and awards $26,500.00 for Plaintiffs' reasonably incurred attorneys' fees, costs, and expenses as outlined in the Parties' Joint Stipulation.

**IT IS SO ORDERED.**

Date: April 17, 2023

/s/ Mark C. Scarsi
Mark C. Scarsi
United States District Judge

1

[PROPOSED] Order